AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Apple iPhone, Model A1533, bearing FCCID<br>BCG-E2642A and IMEI 013888008166962, gold and<br>white in color | ) ) ) ) ) ) Case No. 3:15mj-386 |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Southern_____ District of _____Ohio_____
*(identify the person or describe the property to be searched and give its location):*

SEE ATTACHMENT A-1

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

SEE ATTACHMENT B-1

**YOU ARE COMMANDED** to execute this warrant on or before _____10-8-15_____ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____Sharon L. Ovington_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 9-24-15 9:30 a.m.   _____Sharon L. Ovington_____
*Judge's signature*

City and state: Dayton, Ohio   Sharon L. Ovington, Chief U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A-1

The property to be searched is an Apple iPhone, Model A1533, bearing FCCID BCG-E2642A and IMEI 013888008166962, gold and white in color ("Device-1"). Device-1 is currently located at the Federal Bureau of Investigation, 7747 Clyo Road, Centerville, Ohio, 45459.

This warrant authorizes the forensic examination of Device-1 for the purpose of identifying the electronically stored information described in Attachment B-1.

## ATTACHMENT B-1

1. All records on Device-1 described in Attachment A-1 that relate to violations of involving: (1) possession of child pornography and access with intent to view child pornography, in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2) and 2252(a)(4)(B); (2) receipt and distribution of child pornography, in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and (b)(1) and 2252(a)(2)(B); (3) production of child pornography, in violation of 18 U.S.C. §§ 2251(a) and (e); and (4) coercion and enticement, in violation of 18 U.S.C. §2422, involving Robert Jones from August 1, 2013 to the present, including:

   a. Any visual depictions and records related to the possession, receipt, and distribution of child pornography;

   b. Any visual depictions of minors;

   c. Any Internet history indicative of searching for child pornography;

   d. Any Internet or cellular telephone communications (including email, social media, and online chat programs) with others in which child exploitation materials and offenses are discussed and/or traded, and any contact / identifying information for these individuals;

   e. Any Internet or cellular telephone communications (including email, social media, and online chat programs) with minors, and any contact / identifying information for these minors;

   f. Evidence of utilization of email accounts, social media accounts, online chat programs, and Peer-to-Peer file sharing programs, including any account / user names;

   g. Evidence of utilization of aliases and fictitious names;

   h. Any information related to Internet Protocol (IP) addresses accessed by Device-1;

   i. Any GPS information on Device-1;

2. Evidence of user attribution showing who used or owned Device-1 at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, and browsing history;

As used above, the terms "records" and "information" include all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of computer or electronic storage (such as flash memory or other media that can store data) and any photographic form.